UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA JAY, et al. , <br><br> Plaintiff(s) <br><br> v. <br><br> SEIU, UHW, et al. , <br><br> Defendant(s) | Case No. C 16-1340-EMC <br><br> STIPULATION AND [PR~~OPOSED~~] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** *(specify process and provider)*

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: 120 days from date of Order to allow for discovery.

Date:

Signed: _____
Attorney for Plaintiff

Date: 7/13/16

Signed: _____
Attorney for Defendant

- ☒ IT IS SO ORDERED
- ☐ IT IS SO ORDERED WITH MODIFICATIONS:

IT IS SO ORDERED
Judge Edward M. Chen

*Important! E-file this form in ECF using the appropriate event among these: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR"*

*Form ADR-Stip rev. 6-2016*