Bruce A. Harland, CSB #230477
Xochitl A. Lopez, CSB #284909
Weinberg, Roger & Rosenfeld
1001 Marina Village Pkwy, Ste 200
Alameda, California 94501-1091
(510) 337-1001

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA E. JAY, et al. | CASE NUMBER: 16-CV-01340-EMC |
| v.  Plaintiff(s) | |
| SEIU UNITED HEALTHCARE WORKERS-WEST; and INTERNATIONAL UNION OF OPERATING ENGINEERS - STATIONARY ENGINEERS LOCAL 39 | **WRIT OF EXECUTION** |
| Defendant(s) | |

**TO: THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On August 25, 2017 a judgment was entered in the above-entitled action in favor of:
International Union of Operating Engineers - Stationary Engineers Local 39

as Judgment Creditor and against: Sheila E. Jay, et al.

as Judgment Debtor, for:

$ 4,827.87 Principal,

$ 0.00 Attorney Fees,

$ 19.41 Interest **, and

$ 0.00 Costs, making a total amount of

$ 4,847.28 **JUDGMENT AS ENTERED**

**\*\*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the    Northern      District of  California          ,**
to wit:

$   19.21   accrued interest, and
$    0.00   accrued costs, making a total of
$   19.21   **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00           which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$   4,847.87   **ACTUALLY DUE** on the date of the issuance of this writ of which

$   4,827.87   Is due on the judgment as entered and bears interest at   1.41   percent per annum, in the amount of $ 0.10          per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

Dated: 2/5/2018

CLERK, UNITED STATES DISTRICT COURT
*Susan Y. Soong*

By *Sheila Rash*
Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Sheila E. Jay
2314 Church Street
Oakland, CA 94605

Sheila E. Jay
c/o Marylon M. Boyd
Law Office of Marylon M. Boyd
385 Grand Ave., Ste. 201
Oakland, CA 94610

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.